```
                                          FILED
                                    08 AUG 13 PM 3:52
                                  CLERK, U.S. DISTRICT COURT
                                 SOUTHERN DISTRICT OF CALIFORNIA

                                  BY:     GCC       DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-CR-2699-IEG |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| RAMON GONZALEZ-RODRIGUEZ, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Ramon Gonzalez-Rodriguez</u>, Criminal Case No. 08CR2290IEG.

DATED: August 13, 2008.

                                                    KAREN P. HEWITT
                                                  United States Attorney

                                                  JAMES P. MELENDRES
                                                  Assistant U.S. Attorney