**HANNI M. FAKHOURY**
California Bar No. 252629
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR2699-IEG |
| Plaintiff, | |
| v. | **NOTICE OF ATTORNEY APPEARANCE** |
| RAMON GONZALEZ-RODRIGUEZ, | |
| Defendant. | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: August 20, 2008           /s/ Hanni M. Fakhoury
                                 HANNI M. FAKHOURY
                                 Federal Defenders of San Diego, Inc.
                                 e-mail: Hanni_Fakhoury@fd.org
                                 Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

DATED: August 20, 2008         /s/ Hanni M. Fakhoury
                               HANNI M. FAKHOURY
                               e-mail: Hanni_Fakhoury@fd.org